**FILED**

Jun 10 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHERYL L. HARLAN,<br><br>            Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 5:21-cv-10008-NC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss Action With Prejudice, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

DATED: __June 10, 2022__              _____
                                       HON. NATHANAEL M. COUSINS
                                       UNITED STATES MAGISTRATE JUDGE



LA #4894-3839-6196 v1                  - 1 -                  CASE NO. 5:21-CV-10008-NC